PHŒNIX INS. CO. *v.* LIVERPOOL & GREAT WESTERN STEAM CO.
(Limited.)[1]

*(Circuit Court, E. D. New York.   June 30, 1883.)*

SHIPPING—ORAL AGREEMENT—RECOVERY BACK OF FREIGHT MONEY.
    The decree of the district court in the same case (12 FED. REP. 77) affirmed.

In Admiralty.
*Beebe, Wilcox & Hobbs,* for libelant and appellant.
*Butler, Stillman & Hubbard,* for respondent and appellee.
    BLATCHFORD, Justice.   The conclusion of the district court, and the reasons stated therefor, are entirely satisfactory to me.   A decree must be entered dismissing the libel, with costs to the respondent, in the district court, taxed at $68.84, and in this court to be taxed.

    See the opinion of the district court in the same case, (reported as *Mehrbach* v. *Liverpool & Great Western Steam Co.,*) 12 FED. REP. 77.

---

BUEL *v.* PIDGEON and Scow No. 1.[1]

*(Circuit Court, E. D. New York.   July 18, 1883.)*

COMMON CARRIER—PERIL OF THE SEAS—DAMAGE BY SWELL OF PASSING BOATS—
    NEGLIGENCE.
        The decree of the district court in the same case (5 FED. REP. 634) affirmed.

In Admiralty.
*Sidney Chubb,* for libelant and appellant.
*Beebe, Wilcox & Hobbs,* for claimant and appellee.
    BLATCHFORD, Justice.   The deposition of James Murphy in this court was regularly taken.   I concur in the conclusions arrived at by the district court.   Those conclusions are not varied by the new evidence on appeal.   The libel is dismissed, with costs to the respondent and claimant in the district court, taxed at $105, and in this court to be taxed.

    See the opinion of the district court in the same case, (reported under the name of *Bell* v. *Pidgeon,*) 5 FED. REP. 634.

[1] Reported by R. D. & Wyllys Benedict, of the New York bar.